# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY NICKERSON,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant | )  Case No.: 1:10-cv-01315 JLT<br>)<br>)  ORDER GRANTING EXTENSION OF TIME<br>)<br>)  (Doc. 11)<br>)<br>)<br>)<br>)<br>) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Larry Nickerson to file his Opening Brief. The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 5 at 4). Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until March 21, 2011, to file his Opening Brief.

IT IS SO ORDERED.

Dated:   **February 18, 2011**                                     /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

1