IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY NICKERSON,<br><br>              Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant | Case No.: 1:10-cv-01315 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES AND EXPENSES PURSUANT TO<br>28 U.S.C. § 2412 (d)<br><br>(Doc. 19) |

Plaintiff Larry Nickerson and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).  (Doc. 19).

Accordingly, subject to the terms of the parties' stipulation, including the Commissioner's right to offset the amount, IT IS HEREBY ORDERED:   fees and costs in the amount of $4,500 are **AWARDED** to Plaintiff, Larry Nickerson.

IT IS SO ORDERED.

Dated:  **October 5, 2011**                                       /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE